Appeal Form No. 3

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>DONITA J. COLE | Chapter 7<br><br>Case No. 2:15-BK-7045-EPB<br><br>Adv. No. |
| Debtor(s) | |
| DONITA J. COLE | |
| Appellant(s) | |
| v.<br>MR. CAPITAL, LLC<br>ROGER W. BROWN, CHAPTER 7 TRUSTEE<br>RUSSELL BROWN, CHAPTER 13 TRUSTEE | **TRANSMITTAL OF APPEAL TO<br>DISTRICT COURT** |
| Appellee(s) | |

TO:   BRIAN D. KARTH
      CLERK, U.S. DISTRICT COURT
      FOR THE DISTRICT OF ARIZONA

Transmitted herewith is:

A Notice of Appeal filed on 06/08/2016 , a copy of the order of judgment appealed, and the election of appellant to have appeal transferred to the District Court pursuant to 28 U.S.C. Section 158(c)(1).

The Notice of Appeal Filing Fee [✓] has been paid, [ ] has not been paid, or [ ] waived by order pursuant to 28 USC 1930(f).

Dated: June 14, 2016

GEORGE PRENTICE, CLERK OF COURT
U.S. BANKRUPTCY COURT

By: __T. GILBERT__
        Deputy Clerk

Copies to be mailed to attorneys for interested parties and pro se parties to the appeal by the BNC.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>DONITA J. COLE | Chapter 7<br><br>Case No. 2:15-BK-7045-EPB<br><br>Adv. No. |
| Debtor(s) | |
| DONITA J. COLE | |
| Appellant(s) | |
| v.<br>MR. CAPITAL, LLC<br>ROGER W. BROWN, CHAPTER 7 TRUSTEE<br>RUSSELL BROWN, CHAPTER 13 TRUSTEE | **NOTICE OF FILING OF APPEAL<br>AND NOTICE OF REFERRAL OF<br>APPEAL TO THE DISTRICT COURT** |
| Appellee(s) | |

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed on 06/08/2016 with the Clerk of the U.S. Bankruptcy Court. The appellant has filed an election to have the appeal transferred to the District Court. Pursuant to 28 USC Section 158(c), the Appeal is referred to the District Court.

NOTICE IS GIVEN TO THE APPELLANT that the appellant shall, within 14 days of the filing of the Notice of Appeal, file with the Clerk of the U.S. Bankruptcy Court, 230 N. 1st Ave, #101, Phoenix, Arizona, 85003 the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee;
2. A statement of the issues to be presented and serve a copy upon the appellee; and
3. A request for any transcripts where the designation includes a transcript of any proceeding or a part thereof. The party requesting transcripts must follow the court's ordering procedures.

Dated: June 14, 2016

GEORGE PRENTICE, CLERK OF COURT

By: T. GILBERT
    _____
    Deputy Clerk

Copies to be mailed to attorneys for parties and pro se parties to the appeal by the BNC

# United States Bankruptcy Court
## District of Arizona

## APPEALS - ORDERING AN OFFICIAL TRANSCRIPT

If you have filed an appeal and designated a transcript of a hearing as part of the record on appeal, you will need to follow the steps below to obtain an official transcript:

1. Determine the date of the hearing.

2. Determine whether you need a transcript of the entire hearing or only a portion.

3. Determine if the transcript is already on file by reviewing the case docket or you may call the court for assistance.

4. Ordering a transcript requires an advanced deposit. The deposit and price for the transcript will vary as it depends upon the estimated length of the hearing and turn-around time requested.

5. To order a transcript, please contact the ECR Operator Team who will advise you of the procedures for ordering a transcript and for making payment.

6. The court uses an independent transcription company to prepare official transcripts.

7. At the time the transcription company provides you with a transcript, a copy is filed with the court; therefore, it is not necessary for you to file a copy.

8. Reminder: If you have designated a transcript of a Court proceeding in your Appeal documents, **it is your responsibility to order it** from the Bankruptcy Court ECR Operator Team. The order should be placed at the time you file the Statement of Issues and Designation of Record.

Contact Information:

| | |
|---|---|
| ECR Operator Team – Phoenix, Prescott, Flagstaff, Bullhead City | 602-682-4200 |
| ECR Operator Team – Tucson | 520-202-7556 |
| ECR Operator Team – Yuma | 928-783-2288 |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

## NOTICE TO PARTIES TO APPEAL TO DISTRICT COURT

Procedure when an appeal is transmitted to District Court:

1. Upon receipt of an appeal from the Clerk of the Bankruptcy Court or from the Clerk of the Bankruptcy Appellate Panel, the appeal is assigned a civil case number in the District Court. The District Court then sends a "Notice of Receipt of Appeal" to the parties to the appeal advising them of the civil case number assigned in the District Court.

2. The bankruptcy appeal in the District Court is governed by the District Court Local Rules of Bankruptcy Appeal Procedure. Please refer to these rules.

3. When the statement of issues, designation of record and any designated transcripts are filed with the Bankruptcy Court, the Bankruptcy Court Clerk will transmit to the District Court a certificate that the record is complete. The date of transmittal to the District Court constitutes the date of the entry of the appeal on the docket in District Court.

4. The record is retained in the Bankruptcy Court. Copies of the record are no longer required to be filed with the District Court. Instead, the parties include copies from the record in their Excerpts of Record filed as appendix to their briefs.

FILED
JUN 8 2016
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Donita J. Cole
P.O. Box 4907
Mesa, Arizona 85211
602-369-1551

*Without an Attorney*

# UNITED STATES BANKRUPTCY COURT
District of Arizona

DONITA J. COLE,

    *Debtor*,

Case No.: 2-15-bk-07045-EPB

## NOTICE OF APPEAL

DONITA J. COLE, the Debtor appeals under 28 U.S.C. § 158(a) or (b) from the following judgment, order, or decree listed below, of the bankruptcy judge entered in this proceeding on the corresponding dates.

| | |
|---|---|
| 1) IT IS ORDERED overruling Debtor's Objection to Trustee's Application to Enter into a Compromise; | Date Rendered: 5/25/2016 |
| 2) IT IS FURTHER ORDERED granting Trustee's Application for Authority to Enter into a Compromise with MR Capital, LLC; | Date Rendered: 5/25/2016 |
| 3) IT IS FURTHER ORDERED denying Debtor's Renewed Motion to Disqualify Trustee; | Date Rendered: 5/25/2016 |
| 4) ORDER denying Debtor's Renewed Motion to Disqualify Assigned Judge; | Date Rendered: 5/25/2016 |
| 5) ORDER denying Debtor's Motion to Dismiss Case | Date Rendered: 5/25/2016 |
| 6) ORDER denying Debtor's Renewed Motion for Reconsideration of Order Reconverting Case to Chapter 7. | Date Rendered: 5/25/2016 |

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

STEPHEN BROWER      *Representing*      MR Capital, LLC
MOYES SELLERS & HENDRICKS      c/o Clint W. Smith, PC
1850 N. Central Ave, Suite 1100      1423 S Higley Road, Suite 128
Phoenix, AZ 85014      Mesa, AZ 85206
602-604-2141      480-807-9300

| # | | | |
|---|---|---|---|
| 1 | Rachel Elizabeth Flinn<br>RUSSELL BROWN, TRUSTEE<br>3838 North Central Ave, Suite 800<br>Phoenix, AZ 85012-1965<br>602.277.8996 | *Representing* | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>3838 North Central Ave, Suite 800<br>PHOENIX, AZ 85012-1965<br>602-277-8996 |
| 2 | JOSHUA T GREER<br>MOYES SELLERS & HENDRICKS<br>1850 N. Central Avenue<br>Suite 1100<br>PHOENIX, AZ 85012<br>602-604-2141 | *Representing* | MR Capital, LLC<br>1423 S Higley Road, Suite 128<br>Mesa, AZ 85206<br>United States<br>480-807-9300 |
| 3 | MICHAEL P. LANE<br>LANE & NACH, P.C.<br>2001 East Campbell, Suite 103<br>Phoenix, AZ 85016<br>602-258-6000 | *Representing* | ROGER W. BROWN<br>P.O. BOX 32967<br>PHOENIX, AZ 85064-2967<br>602-274-4231 |
| 4 | CLINT W. SMITH<br>CLINT W. SMITH PC<br>1423 S Higley Road, Suite 113<br>MESA, AZ 85206<br>480-807-9300 | *Representing* | ME Capital, LLC<br>1423 S Higley Road, Suite 128<br>Mesa, AZ 85206<br>480-807-9300<br><br>MR Capital, LLC<br>1423 S Higley Road, Suite 128<br>Mesa, AZ 85206<br>480-807-9300 |
| 5 | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>3838 North Central Ave, Suite 800<br>PHOENIX, AZ 85012-1965<br>602-277-8996 | | |
| 6 | Roger W. Brown, Trustee<br>PO Box 32967<br>Phoenix AZ 85064-2967<br>602-274-4231 | | |

Dated: June 8, 2016

*Respectfully submitted,*

by: ___[signature]___
DONITA J. COLE *without an attorney*
P.O. Box 4907
Mesa, Arizona 85211

- 2 -

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

### CERTIFICATE OF SERVICE

We The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list on this date June 8, 2016.

by: *[signature]*
DONITA J. COLE *without an attorney*

SERVICE LIST:

STEPHEN BROWER
MOYES SELLERS & HENDRICKS
1850 N. Central Ave, Suite 1100
Phoenix, AZ 85014
602-604-2141

CLINT W. SMITH
CLINT W. SMITH PC
1423 S Higley Road, Suite 113
MESA, AZ 85206
480-807-9300

Rachel Elizabeth Flinn
RUSSELL BROWN, TRUSTEE
3838 North Central Ave, Suite 800
Phoenix, AZ 85012-1965
602.277.8996

RUSSELL BROWN
CHAPTER 13 TRUSTEE
3838 North Central Ave, Suite 800
PHOENIX, AZ 85012-1965
602-277-8996

JOSHUA T GREER
MOYES SELLERS & HENDRICKS
1850 N. Central Avenue
Suite 1100
PHOENIX, AZ 85012
602-604-2141

Roger W. Brown, Trustee
PO Box 32967
Phoenix AZ 85064-2967
602-274-4231

MICHAEL P. LANE
LANE & NACH, P.C.
2001 East Campbell, Suite 103
Phoenix, AZ 85016
602-258-6000

SO ORDERED.

Dated: May 25, 2016

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

### Minute Entry

Eddward P. Ballinger Jr., Bankruptcy Judge

## Hearing Information:

| | |
|---|---|
| Debtor: | DONITA J COLE |
| Case Number: | 2:15-BK-07045-EPB    Chapter: 7 |
| Date / Time / Room: | TUESDAY, MAY 24, 2016 01:30 PM   7TH FLOOR #703 |
| Bankruptcy Judge: | EDDWARD P. BALLINGER JR. |
| Courtroom Clerk: | ANNETTE FRANCHELLO |
| Reporter / ECR: | MARGARET KELLY |

## Matters:

1) DEBTOR'S OBJECTION TO TRUSTEE'S APPLICATION FOR AUTHORITY TO ENTER INTO A COMPROMISE WITH MR CAPITAL, LLC
   R / M #: 175 / 0

2) DEBTOR'S RENEWED MOTION FOR RECONSIDERATION OF ORDER RECONVERTING CASE TO CHAPTER 7
   R / M #: 188 / 0

3) DEBTOR'S RENEWED MOTION TO DISQUALIFY TRUSTEE
   R / M #: 189 / 0

4) DEBTOR'S RENEWED MOTION TO DISQUALIFY JUDGE EDDWARD P. BALLINGER, JR.
   R / M #: 190 / 0

5) DEBTOR'S MOTION TO DISMISS CASE FOR LACK OF SUBJECT MATTER JURISDICTION
   R / M #: 191 / 0

## Appearances:

MICHAEL LANE, ATTORNEY FOR ROGER W. BROWN
DONITA J COLE, PRO SE DEBTOR
RACHEL FLINN, ATTORNEY FOR RUSSELL BROWN
JOSHUA GREER, ATTORNEY FOR MR CAPITAL, LLC

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:15-BK-07045-EPB          TUESDAY, MAY 24, 2016 01:30 PM

*Proceedings:*

ITEM #1 - ITEM #5

Ms. Cole states her position. She argues that conversion of her case occurred while a Motion for Reconsideration was pending. She believes that she does not qualify for a Chapter 7. She further does not believe MR Capital has any standing to ask for any relief from this Court. She notes that plan payments have been made and are automatically withdrawn from her account.

Mr. Lane notes that Ms. Cole's objection is the only objection to the compromise. He proceeds to provide a review of the case and argues that debtor is ignoring her duties as a debtor under Chapter 7. He states debtor is overburdening the estate with administrate expenses in dealing with the repetitive motions. He is trying to resolve the case by dealing with the assets that are part of the estate and would like to close the case.

Ms. Flinn informs the Court that since the debtor is no longer in Chapter 13, they have asked their on-line servicer to not allow payments to go through. She states Ms. Cole has returned a $479.00 to the trustee's office. She plans to reissue the check and would like an order from the Court that Ms. Cole cash the check.

Ms. Greer supports the settlement and provides a review of the property.

The Court ensues discussion with Ms. Cole and explains to her that she is in a Chapter 7. The Court further explains to Ms. Cole that she is not to send the check back to the trustee or it will deem it abandoned.

Ms. Flinn suggests that Ms. Cole follow up with her bank to assure payments are not being withdrawn.

COURT: IT IS ORDERED taking these matters under advisement. IT IS FURTHER ORDERED that the parties not respond to any filed motions by the debtor absent Court Order.

LATER:

After complete review and consideration of the position of the parties,

IT IS ORDERED overruling Debtor's Objection to Trustee's Application to Enter into a Compromise;

IT IS FURTHER ORDERED granting Trustee's Application for Authority to Enter into a Compromise with MR Capital, LLC;

IT IS FURTHER ORDERED denying Debtor's Renewed Motion to Disqualify Trustee;

IT IS FURTHER ORDERED denying Debtor's Renewed Motion to Disqualify Assigned Judge;

IT IS FURTHER ORDERED denying Debtor's Motion to Dismiss Case; and

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
## Minute Entry

(continue)... 2:15-BK-07045-EPB         TUESDAY, MAY 24, 2016 01:30 PM

IT IS FURTHER ORDERED denying Debtor's Renewed Motion for Reconsideration of Order Reconverting Case to Chapter 7.

Donita J. Cole
P.O. Box 4907
Mesa, Arizona 85211
602-369-1551

*Without an Attorney*



FILED
JUN 8 2016
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
### District of Arizona

| | |
|---|---|
| DONITA J. COLE, <br><br> *Debtor*, | Case No.: 2-15-bk-07045-EPB |

## STATEMENT OF ELECTION

DONITA J. COLE, elect{s} to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Dated: June 8, 2016

*Respectfully submitted,*

by: _____
DONITA J. COLE *without an attorney*
P.O. Box 4907
Mesa, Arizona 85211

## CERTIFICATE OF SERVICE

We The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list on this date June 8, 2016.

by: _____
DONITA J. COLE *without an attorney*

SERVICE LIST:

**STEPHEN BROWER**
MOYES SELLERS & HENDRICKS
1850 N. Central Ave, Suite 1100
Phoenix, AZ 85014
602-604-2141

Rachel Elizabeth Flinn
RUSSELL BROWN, TRUSTEE
3838 North Central Ave, Suite 800
Phoenix, AZ 85012-1965
602.277.8996

**JOSHUA T GREER**
MOYES SELLERS & HENDRICKS
1850 N. Central Avenue
Suite 1100
PHOENIX, AZ 85012
602-604-2141

MICHAEL P. LANE
LANE & NACH, P.C.
2001 East Campbell, Suite 103
Phoenix, AZ 85016
602-258-6000

**CLINT W. SMITH**
CLINT W. SMITH PC
1423 S Higley Road, Suite 113
MESA, AZ 85206
480-807-9300

**RUSSELL BROWN**
CHAPTER 13 TRUSTEE
3838 North Central Ave, Suite 800
PHOENIX, AZ 85012-1965
602-277-8996

Roger W. Brown, Trustee
PO Box 32967
Phoenix AZ 85064-2967
602-274-4231

Donita J. Cole
P.O. Box 4907
Mesa, Arizona 85211
602-369-1551

*Without an Attorney*

FILED
JUN 8 2016
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
District of Arizona

| | |
|---|---|
| DONITA J. COLE,<br><br>    *Debtor*, | Case No.: 2-15-bk-07045-EPB |

## STATEMENT OF THE ISSUES TO BE PRESENTED

Appellant will present the following issues on appeal:

1. Whether the bankruptcy Court has jurisdiction over a Chapter 13 case that debtor voluntarily dismissed while a motion for reconsideration of order was pending.

2. Whether a judge could legally administer a case while a motion to disqualify is pending and not disposed of.

3. Whether a trustee could legally continue to act as the trustee while a motion to remove said trustee is pending and not disposed of.

4. Whether the Bankruptcy Court order converting a chapter 13 case to a chapter 7 over the objection of the debtor and when debtor does not qualify as a chapter 7 debtor.

5. Whether the trustee in a chapter 7 has exclusive right to dispose of property and claims owned by non-debtor Keven Hutson.

6. Whether the Court has effectuated a taking claim without just compensation when it allowed the trustee to sell the debtor's and non-debtor's property without legal or lawful authority to do so.

7. Whether the Judge erred in refusing to recuse himself after refusing to take judicial notice of the very bankruptcy code he is charged with enforcing.

8. Whether a result of Selective enforcement and thus violation of the Debtor's right to equal protection, all orders rendered by the presiding judge are void.

9. Whether a trustee who has a conflict of interest with the estates interest, should have been investigated, and if conflict of interest is found that trustee be removed. The conflict of

interest is that the estate has a claim against the trustee who is charged with administering the claims.

10. Whether selling the debtor's claims against the trustee and the buyer by the Trustee constitutes a void contract.

11. Whether the claims listed in the schedule belong to the bankruptcy estate.

12. Whether the court erred in denying the motions for reconsideration.

Dated: June 8, 2016

## CERTIFICATE OF SERVICE

We The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list on this date June 8, 2016.

*Respectfully submitted,*

by: /s/ Donita Cole
DONITA J. COLE *without an attorney*

SERVICE LIST:

STEPHEN BROWER
MOYES SELLERS & HENDRICKS
1850 N. Central Ave, Suite 1100
Phoenix, AZ 85014
602-604-2141

CLINT W. SMITH
CLINT W. SMITH PC
1423 S Higley Road, Suite 113
MESA, AZ 85206
480-807-9300

Rachel Elizabeth Flinn
RUSSELL BROWN, TRUSTEE
3838 North Central Ave, Suite 800
Phoenix, AZ 85012-1965
602.277.8996

RUSSELL BROWN
CHAPTER 13 TRUSTEE
3838 North Central Ave, Suite 800
PHOENIX, AZ 85012-1965
602-277-8996

JOSHUA T GREER
MOYES SELLERS & HENDRICKS
1850 N. Central Avenue
Suite 1100
PHOENIX, AZ 85012
602-604-2141

Roger W. Brown, Trustee
PO Box 32967
Phoenix AZ 85064-2967
602-274-4231

MICHAEL P. LANE
LANE & NACH, P.C.
2001 East Campbell, Suite 103
Phoenix, AZ 85016
602-258-6000

Donita J. Cole
P.O. Box 4907
Mesa, Arizona 85211
602-369-1551

*Without an Attorney*

FILED
JUN 8 2016
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
District of Arizona

DONITA J. COLE,

    *Debtor,*

Case No.: 2-15-bk-07045-EPB

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORDS ON APPEAL

Entire Case Docket

Dated: June 8, 2016

### CERTIFICATE OF SERVICE

We The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list on this date June 8, 2016.

Respectfully submitted,

by: _____
DONITA J. COLE without an attorney

**SERVICE LIST:**

STEPHEN BROWER
MOYES SELLERS & HENDRICKS
1850 N. Central Ave, Suite 1100
Phoenix, AZ 85014
602-604-2141

CLINT W. SMITH
CLINT W. SMITH PC
1423 S Higley Road, Suite 113
MESA, AZ 85206
480-807-9300

| | |
|---|---|
| Rachel Elizabeth Flinn<br>RUSSELL BROWN, TRUSTEE<br>3838 North Central Ave, Suite 800<br>Phoenix, AZ 85012-1965<br>602.277.8996<br><br>JOSHUA T GREER<br>MOYES SELLERS & HENDRICKS<br>1850 N. Central Avenue<br>Suite 1100<br>PHOENIX, AZ 85012<br>602-604-2141<br><br>MICHAEL P. LANE<br>LANE & NACH, P.C.<br>2001 East Campbell, Suite 103<br>Phoenix, AZ 85016<br>602-258-6000 | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>3838 North Central Ave, Suite 800<br>PHOENIX, AZ 85012-1965<br>602-277-8996<br><br>Roger W. Brown, Trustee<br>PO Box 32967<br>Phoenix AZ 85064-2967<br>602-274-4231 |