IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF:<br>Donita J. Cole,<br>            Debtor. | No. CV-16-01914-PHX-SRB<br>BK NO. 2:15-bk-7045-EPB |
| Donita J. Cole,<br>            Appellant,<br>v.<br>MR Capital, LLC,<br>            Appellee. | **ORDER** |

The Court now considers Appellant's Motion for Reconsideration of Order [D.E. 12] (Doc. 16).

The Court has discretion to reconsider and vacate a prior order. *Barber v. Hawaii*, 42 F.3d 1185, 1198 (9th Cir. 1994). However, motions for reconsideration are generally disfavored and should be denied "absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to [the Court's] attention earlier with reasonable diligence." LRCiv. 7.2(g); *see also Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). Disagreement with an order is an insufficient basis for reconsideration. *Ariz. Dream Act Coal. v. Brewer*, 945 F. Supp. 2d 1049, 1078 (D. Ariz. 2013). Nor should reconsideration be used to make new arguments or to ask a

1 court to rethink its analysis. *See id.* (citing *Nw. Acceptance Corp. v. Lynnwood Equip., Inc.*, 841 F.2d 918, 925-26 (9th Cir. 1988)) Such disagreements should be dealt with in the normal appellate process. *See Ramsey v. Arizona*, No. 05-3130-PHX-JAT, 2006 WL 2711490, at *1 (D. Ariz. Sept. 21, 2006) (citing *Database Am., Inc. v. Bellsouth Adver. & Publ'g Corp.*, 825 F. Supp. 1216, 1220 (D.N.J. 1993)).

This case does not fall within one of those narrow instances where reconsideration is appropriate. Appellant has not shown that the Court made a clear error of law in its previous Order or that its previous decision was manifestly unjust. Accordingly, the Court denies Appellant's Motion.

**IT IS ORDERED** denying Appellant's Motion for Reconsideration of Order [D.E.12] (Doc. 16).

Dated this 10th day of August, 2016.

_____
Susan R. Bolton
United States District Judge